UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTINA W. LOVATO,<br><br>      Appellant,<br>v.<br><br>NIXON PEABODY LLP,<br><br>      Appellee. | Case No. 3:23-cv-00051-MMD |
| CHRISTINA W. LOVATO,<br><br>      Trustee, Respondent,<br>v.<br><br>NIXON PEABODY LLP,<br><br>      Movant. | *and related case*<br><br>Case No. 3:22-cv-00257-ART-CLB<br><br>REASSIGNMENT ORDER |

The presiding District Judges in these actions have individually and collectively determined that these actions are related and there is good cause to reassign these cases to one District Judge under Local Rule 42-1(a). Reassignment will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties. It is therefore ordered that Case No. 3:23-cv-00051-MMD is reassigned to District Judge Anne R. Traum.

DATED THIS 21st Day of February 2023.

_____  
MIRANDA M. DU  
CHIEF UNITED STATES DISTRICT JUDGE

_____  
ANNE R. TRAUM  
UNITED STATES DISTRICT JUDGE